NUMBER
13-02-609-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

______________________________________________  ____________________

 

LEO GUAJARDO,                                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

_____________________________  _____________________________________

 

                         On
appeal from the 36th District Court 

                               of San Patricio County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, LEO GUAJARDO,
perfected an appeal from a judgment entered by the 36th District
Court of San Patricio County, Texas,  in cause number S-02-3147-4CR.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 12th
day of December, 2002.